| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  BNG Group, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  84-3561309

**4. Debtor's address**

Principal place of business

2 Pidgeon Hill Drive
Suite 210
Sterling, VA 20165
Number, Street, City, State & ZIP Code

Loudoun
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
2 Pidgeon Hill Drive Sterling, VA 20165
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **BNG Group, LLC**                                                    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor __BNG Group, LLC__     Case number (*if known*) _____

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | Valeria V. Gunkova | Relationship | **50% Owner of Debtor** |
| | District | Eastern District of Virginia    When **8/03/23** | Case number, if known | **23-11261** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **BNG Group, LLC**　　　　　Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 10, 2025**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Angela Shortall**　　　　　**Angela Shortall**
Signature of authorized representative of debtor　　Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Lawrence A. Katz**　　　　　Date **March 10, 2025**
Signature of attorney for debtor　　　　　　　MM / DD / YYYY

**Lawrence A. Katz**
Printed name

**Hirschler Fleischer PC**
Firm name

**1676 International Drive**
**Suite 1350**
**Tysons, VA 22102**
Number, Street, City, State & ZIP Code

Contact phone **703-584-8362**　　Email address **lkatz@hirschlerlaw.com**

**47664 VA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BNG Group, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 10, 2025**         X  **/s/ Angela Shortall**
                                            Signature of individual signing on behalf of debtor

                                          **Angela Shortall**
                                            Printed name

                                          **Chief Restructuring Officer**
                                            Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **BNG Group, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Tysons Mechanical<br>6521 Arlington Blvd<br>Suite 505<br>Falls Church, VA 22042 | | Trade Debt | Disputed | | | $32,647.50 |
| American Express<br>Customer Care & Billing Inquir<br>P.O. BOX 981535<br>El Paso, TX 79998-1535 | | Money loaned | Disputed | | | $14,982.00 |
| American Express<br>Customer Care & Billing Inquir<br>P.O. BOX 981535<br>El Paso, TX 79998-1535 | | Money loaned | Disputed | | | $7,857.00 |
| CountrySide Proprietary<br>21515 Ridgetop Circle, Suite 2<br>Sterling, VA 20166 | | Security deposit | | | | $3,575.00 |
| Action Elevator<br>1110 Benfield Blvd Suite L<br>Millersville, MD 21108 | | Trade Debt | Disputed | | | $3,330.00 |
| JD Concrete LLC<br>5008 Sudley Road<br>Catharpin, VA 20143 | | Trade Debt | | | | $2,870.00 |
| Home Depot Credit Services<br>PO Box 790345<br>Saint Louis, MO 63179-0345 | | Trade Debt | | | | $2,300.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | BNG Group, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Customer Care & Billing Inquir**<br>P.O. BOX 981535<br>El Paso, TX 79998-1535 | | **Money loaned** | **Disputed** | | | $887.00 |
| **Home Depot Credit Services**<br>PO Box 790345<br>Saint Louis, MO 63179-0345 | | **Trade Debt** | | | | $700.00 |
| **Loudoun County**<br>P.O. Box 7000<br>Leesburg, VA 20177 | | **Taxes** | | | | $0.00 |

2 Pidgeon Hill, LLC
320 S Surf Rd., Apt 504
Hollywood, FL 33019

Action Elevator
1110 Benfield Blvd Suite L
Millersville, MD 21108

Alternative Wellness Clinic
2 Pidgeon Hill Drive
Suite 280
Sterling, VA 20165

Amanda Rose Esthetic
2 Pidgeon Hill Drive
Suite 490
Sterling, VA 20165

American Express
Customer Care & Billing Inquir
P.O. BOX 981535
El Paso, TX 79998-1535

Care Angels
2 Pidgeon Hill Drive
Suite 410
Sterling, VA 20165

Clinical Diagnostic Lab
2 Pidgeon Hill Drive
Suite 150
Sterling, VA 20165

Coleman Primary Care/Loudoun
2 Pidgeon Hill Drive
Suite 400
Sterling, VA 20165

Countryside Counseling Center
2 Pidgeon Hill Drive
Suite 450
Sterling, VA 20165

CountrySide Proprietary
21515 Ridgetop Circle, Suite 2
Sterling, VA 20166

```
Edward D. Jones & Co.
2 Pidgeon Hill Drive
Suite 500
Sterling, VA 20165


Farmer's Insurance
2 Pidgeon Hill Drive
Suite 430
Sterling, VA 20165


Harry Kamin
c/o D Ruby, ThompsonMcMullan
100 Shockoe Slip, Third Floor
Richmond, VA 23219


Hi-Pointe Care Solution
2 Pidgeon Hill Drive
Suite 540
Sterling, VA 20165


Home Depot Credit Services
PO Box 790345
Saint Louis, MO 63179-0345


Home/Work Solutions
2 Pidgeon Hill Drive
Suite 300
Sterling, VA 20165


Hurst Engineering
308 Hillwood Ave
Falls Church, VA 22046


JD Concrete LLC
5008 Sudley Road
Catharpin, VA 20143


Lashes to Lavish
2 Pidgeon Hill Drive
Suite 560
Sterling, VA 20165


Legat Commercial Real Estate
21351 Gentry Drive
Suite 230
Sterling, VA 20166
```

```
Loudoun County
P.O. Box 7000
Leesburg, VA 20177


Northern VA Dental Clinic
2 Pidgeon Hill Drive
Suite 230
Sterling, VA 20165


OPL Services, Inc.
2 Pidgeon Hill Drive
Suite 550
Sterling, VA 20165


SBA
2 North Street, Suite 320
Birmingham, AL 35203


SBA Site Management, LLC
Attn: Legal Operations
8051 Congress Avenue
Boca Raton, FL 33487


Skin Logic, LLC/AIRA
2 Pidgeon Hill Drive
Suite 100
Sterling, VA 20165


South Atlantic Hearing
2 Pidgeon Hill Drive
Suite 140
Sterling, VA 20165


Sterling Dental Center
2 Pidgeon Hill Drive
Suite 370
Sterling, VA 20165


Stockman Title & Escrow
2 Pidgeon Hill Drive
Suite 530
Sterling, VA 20165
```

```
Tysons Mechanical
6521 Arlington Blvd
Suite 505
Falls Church, VA 22042


Valeria Gunkova
20701 Riptide Square
Sterling, VA 20165


Zach Carlile, Esq.
Stuart-Lippman and Assoc., Inc
601 Union St, Ste 1723
Seattle, WA 98101
```