Stephen A. Metz (89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
Subchapter V Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | : |
| | : |
| BNG Group, LLC | : Case No.: 25-10463 |
| | : Chapter 11 |
| Debtor | : |
| | : |

## NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned, Stephen A. Metz, Subchapter V Trustee for Skin Logic, LLC, a party in interest and tenant of BNG Group, LLC, hereby enters his appearance, pursuant to § 1109 of the United States Bankruptcy Code ("**Bankruptcy Code**") and Federal Rule of Bankruptcy Procedure 9010(b). Such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in the above-captioned case be served upon his at the following address:

> Stephen A. Metz, Esq.
> Offit Kurman, P.A.
> 7501 Wisconsin Ave, Suite 1000W
> Bethesda, MD 20814
> Email: smetz@offitkurman.com
> Telephone: (240) 507-1723
> Fax: (240) 507-1735

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

Dated: March 10, 2025  Respectfully submitted,

OFFIT KURMAN, P.A.

By: /s/ Stephen A. Metz
    Stephen A. Metz, (Bar. No. 89738)
    7501 Wisconsin Ave, Suite 1000W
    Bethesda, MD 20814
    Telephone: (240) 507-1723
    Fax: (240) 507-1735
    Email: smetz@offitkurman.com
    *Subchapter V Trustee for Skin Logic, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 10th day of March, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all the following registered users who have noticed an appearance in this matter.

- **Kristen E. Burgers**   kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com
- **Matthew W. Cheney**   ustpregion04.ax.ecf@usdoj.gov

/s/ Stephen A. Metz, Esq.
Stephen A. Metz, Esq.

4912-9183-5942, v. 1