**Fill in this information to identify the case:**

Debtor name   **BNG Group, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **25-10463**

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■ Amended *Schedule*   **A/B, G, and H**
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 10, 2025**           X **/s/ Angela Shortall**
Signature of individual signing on behalf of debtor

**Angela Shortall**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BNG Group, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | **25-10463** |

■ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................  $ **8,300,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................................................  $ **249,445.26**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................  $ **8,549,445.26**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ **7,963,500.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................  +$ **546,952.36**

4. **Total liabilities** ..................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                       $ **8,510,452.36**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BNG Group, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) | **25-10463** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor    **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Operating account at Atlantic Union Bank | Checking | 6442 | $57,990.26 |
| 3.2. | Reserve account at Atlantic Union Bank (Note that prior to March 6, 2025, the account had a balance of $175,766.09. On or about March 6, 2025, the account was drawn down to $0.00. The Debtor has opened an investigation with Atlantic Union Bank.) | Checking | 8041 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Certified check from Dr. Leila Kump for a non-refundable deposit for the purchase of the Debtor's real property and improvements located at 2 Pidgeon Hill Drive, Sterling, Virginia | $100,000.00 |

5. **Total of Part 1.**    **$157,990.26**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.

| Debtor | **BNG Group, LLC** | Case number *(If known)* **25-10463** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | **Dominion Energy deposit** | $28,754.00 |
   |---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   | 8.1. | **Retainer paid by the Debtor to Angela Shortall as Chief Restructuring Officer (CRO)** | $5,000.00 |
   |---|---|---|
   | 8.2. | **Retainer paid by the Debtor to Hirschler Fleischer as legal counsel to Angela Shortall, Chief Restructuring Officer (CRO)** | $10,000.00 |
   | 8.3. | **Retainer paid by the Debtor to GlassRatner Advisory & Capital Group, LLC dba B. Riley Advisory Services as financial advisor to the Debtor** | $20,000.00 |
   | 8.4. | **Retainer paid by the Debtor to Hirschler Fleischer as bankruptcy counsel** | $25,000.00 |

9. **Total of Part 2.** $88,754.00
   Add lines 7 through 8. Copy the total to line 81.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 7,800.00 | − | 7,800.00 | = .... | $0.00 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

    | 11a. 90 days old or less: | 84,717.00 | − | 84,717.00 | = .... | $0.00 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

    | 11b. Over 90 days old: | 1,282,787.57 | − | 1,282,787.57 | =.... | $0.00 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

    | 11b. Over 90 days old: | 43,300.00 | − | 43,300.00 | =.... | $0.00 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.** $0.00
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Debtor **BNG Group, LLC**  Case number *(If known)* **25-10463**
Name

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Conference room furniture** | $0.00 | | $500.00 |
| 40. | **Office fixtures** **Miscellaneous fixtures** | $0.00 | | $200.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Copier, printer, laptop (older models)** | $0.00 | | $1.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                              $701.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Debtor **BNG Group, LLC**  Case number *(If known)* **25-10463**
Name

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Nine portable air conditioning units | $0.00 | | $1,800.00 |
| Miscellaneous construction materials (doors, lightbulbs, etc.) | $0.00 | | $200.00 |

**51. Total of Part 8.**    $2,000.00
Add lines 47 through 50. Copy the total to line 87.

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office building located at 2 Pidgeon Hill Drive, Sterling, Virginia 20165** | Fee simple | $0.00 | | $8,300,000.00 |

Debtor  **BNG Group, LLC**                                         Case number *(If known)* **25-10463**
           Name

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | **$8,300,000.00** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor  **BNG Group, LLC**                                          Case number *(If known)* **25-10463**
          Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $157,990.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $88,754.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $701.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................> | | $8,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $249,445.26 | + 91b. $8,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,549,445.26 |

**BNG Group, LLC**
**Schedule A/B**
**Question No. 11: Accounts Receivable**
**As of: 3/10/2025**

| Suite | Tenant | Current Monthly Rent | Total A/R | <90 days | >90 days | Collectible | |
|---|---|---|---|---|---|---|---|
| 1st FL, 240, 260 | ARIA | $28,239.00 | $1,367,504.57 | $84,717.00 | $1,282,787.57 | $0.00 | FN 1 |
| 410 | Care Angels | $2,600.00 | $51,100.00 | $7,800.00 | $43,300.00 | $0.00 | FN 2 |
| | | $30,839.00 | $1,418,604.57 | $92,517.00 | $1,326,087.57 | | |

Footnotes

1. Does not include late charges. May be subject to offsets. Will be wrapped into new lease if ARIA is sold to Dr. Kump pursuant to a pending sale agreement in the Skin Logic chapter 11 proceeding

2. Does not include late charges.

**Fill in this information to identify the case:**

Debtor name: **BNG Group, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known): **25-10463**

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement for real property and improvements located at 2 Pidgeon Hill Drive, Sterling Virginia** | |
| | State the term remaining | | **ABH Holding, LLC** |
| | List the contract number of any government contract | | **47435 Courtney Lane** |
| | | | **Sterling, VA 20165** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Alternative Wellness Clinic** |
| | | | **2 Pidgeon Hill Drive** |
| | List the contract number of any government contract | | **Suite 280** |
| | | | **Sterling, VA 20165** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Amanda Rose Esthetic** |
| | | | **2 Pidgeon Hill Drive** |
| | List the contract number of any government contract | | **Suite 490** |
| | | | **Sterling, VA 20165** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Care Angels** |
| | | | **2 Pidgeon Hill Drive** |
| | List the contract number of any government contract | | **Suite 410** |
| | | | **Sterling, VA 20165** |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        Page 1 of 5

| Debtor 1 | BNG Group, LLC | | Case number (if known) | 25-10463 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Preventive Maintenance Agreement** | |
| | State the term remaining | | **Century Elevator**<br>**6801 Marlboro Pike**<br>**Forestville, MD 20747** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Clinical Diagnostic Lab**<br>**2 Pidgeon Hill Drive**<br>**Suite 150**<br>**Sterling, VA 20165** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Coleman Primary Care/Loudoun**<br>**2 Pidgeon Hill Drive**<br>**Suite 400**<br>**Sterling, VA 20165** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Countryside Counseling Center**<br>**2 Pidgeon Hill Drive**<br>**Suite 450**<br>**Sterling, VA 20165** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Edward D. Jones & Co.**<br>**2 Pidgeon Hill Drive**<br>**Suite 500**<br>**Sterling, VA 20165** |
| | List the contract number of any government contract | | |

| Debtor 1 | BNG Group, LLC | | | Case number (*if known*) | **25-10463** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Farmer's Insurance**<br>**2 Pidgeon Hill Drive**<br>**Suite 430**<br>**Sterling, VA 20165** |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Hi-Pointe Care Solution**<br>**2 Pidgeon Hill Drive**<br>**Suite 540**<br>**Sterling, VA 20165** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Home/Work Solutions**<br>**2 Pidgeon Hill Drive**<br>**Suite 300**<br>**Sterling, VA 20165** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease** | |
| | State the term remaining | | **Lashes to Lavish**<br>**2 Pidgeon Hill Drive**<br>**Suite 560**<br>**Sterling, VA 20165** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Agency Agreement** | |
| | State the term remaining | | **Legat Commercial Real Estate**<br>**21351 Gentry Drive**<br>**Suite 230**<br>**Sterling, VA 20166** |
| | List the contract number of any government contract | | |

| Debtor 1 | BNG Group, LLC | | Case number (*if known*) | **25-10463** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease**<br><br><br><br>**Northern VA Dental Clinic<br>2 Pidgeon Hill Drive<br>Suite 230<br>Sterling, VA 20165** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease**<br><br><br><br>**OPL Services, Inc.<br>2 Pidgeon Hill Drive<br>Suite 550<br>Sterling, VA 20165** |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease**<br><br><br><br>**Skin Logic, LLC/AIRA<br>2 Pidgeon Hill Drive<br>Suite 100<br>Sterling, VA 20165** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease**<br><br><br><br>**South Atlantic Hearing<br>2 Pidgeon Hill Drive<br>Suite 140<br>Sterling, VA 20165** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial lease**<br><br><br><br>**Sterling Dental Center<br>2 Pidgeon Hill Drive<br>Suite 370<br>Sterling, VA 20165** |

| Debtor 1 | **BNG Group, LLC** | | | Case number *(if known)* | **25-10463** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.20.  State what the contract or lease is for and the nature of the debtor's interest  **Commercial lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Stockman Title & Escrow**<br>**2 Pidgeon Hill Drive**<br>**Suite 530**<br>**Sterling, VA 20165** |

**Fill in this information to identify the case:**

Debtor name  **BNG Group, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  **25-10463**

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **SkinLogic** | c/o Steve Metz, Trustee<br>7501 Wisconsin Ave, Ste 1000W<br>Bethesda, MD 20814 | **American Express** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.2 | **Valeria Gunkova** | c/o Don King, Ch. 7 Trustee<br>1775 Wiehle Ave, Ste 400<br>Reston, VA 20190 | **2 Pidgeon Hill, LLC and** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Valeria Gunkova** | c/o Don King, Ch. 7 Trustee<br>1775 Wiehle Ave, Ste 400<br>Reston, VA 20190 | **American Express** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.4 | **Valeria Gunkova** | c/o Don King, Ch. 7 Trustee<br>1775 Wiehle Ave, Ste 400<br>Reston, VA 20190 | **American Express** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

| Debtor | BNG Group, LLC | Case number *(if known)* | 25-10463 |

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | **Valeria Gunkova** | c/o Don King, Ch. 7 Trustee<br>1775 Wiehle Ave, Ste 400<br>Reston, VA 20190 | **American Express** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |